**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1580**

In re:  SHAPAT AHDAWAN NABAYA,

Petitioner.

On Petition for Writ of Mandamus.  (3:17-cr-00003-MHL-1)

Submitted:  September 24, 2020                    Decided:  September 28, 2020

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Shapat Ahdawan Nabaya, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shapat Ahdawan Nabaya petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on several of his postconviction motions. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied these motions on August 31, 2020. Accordingly, because the district court has recently addressed the motions on which Nabaya sought a ruling, we deny the mandamus petition as moot. We also deny Nabaya's motion to docket, index, and issue an emergency writ of mandamus and his motion for immediate release from custody. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*